UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, *ex rel.*
COLLEEN VAN EGEREN, et al.,

Plaintiffs,

FILED UNDER SEAL
Civil Action No. 22-CV-387

v.

THE NEW DERMATOLOGY GROUP, LTD., et al.,

Defendants.

United States of America's Notice of Partial Intervention

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), the United States of America notifies the Court that it hereby intervenes, in part, and intends to proceed in the above-captioned matter.

The United States intervenes with respect to the relator's claims under 31 U.S.C. § 3729(a)(1)(A) and (B) concerning false claims that Defendants The New Dermatology Group, Ltd., and Kevan Lewis submitted or caused to be submitted to the government relating to Defendants' provision of superficial radiation therapy. *See* Relator's Amended Complaint, Counts Five and Six. Pursuant to 31 U.S.C. §3731(c), the United States intends to file its complaint-in-intervention within 45 days.

The United States further notifies the Court that it declines to intervene with respect to the other claims asserted by the relator in her Amended Complaint. The United States reserves the right to seek the dismissal of the relator's action or claims on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Counsel for the State of Michigan has further authorized the United States to notify the Court that the State of Michigan declines to intervene in this action.

The United States requests that the relator's Complaint, Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is attached.

Respectfully submitted this 14th day of September, 2026.

By: *s/Michael Carter*

MICHAEL CARTER
Assistant United States Attorney
Eastern District of Wisconsin
State Bar No. 1090041
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-4101
Fax: (414) 297-4394
michael.a.carter@usdoj.gov