UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, *ex rel.*
COLLEEN VAN EGEREN, et al.,

Plaintiffs, Civil Action No. 22-CV-387

v.

THE NEW DERMATOLOGY GROUP, LTD., et al.,

Defendants.

---

Order

---

The United States of America having intervened, in part, in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the Court orders as follows:

1. The relator's Complaint, the relator's Amended Complaint, the United States of America's Notice of Partial Intervention, and this Order be unsealed;

2. The United States of America shall file its Complaint with 45 days and thereafter serve it upon the Defendants;

3. All other papers or orders on file in this matter shall remain under seal; and

4. The seal shall be lifted on all matters occurring in this action after the date of this Order.

SO ORDERED this __ day of September, 2026.

________________________
STEPHEN C. DRIES
United States Magistrate Judge