**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA, et al.,**
***ex rel*. COLLEEN VAN EGEREN,**

**Plaintiffs-Relator,** **Case No. 22-CV-387-SCD**

**v.**

**THE NEW DERMATOLOGY GROUP, LTD., et al.,**

**Defendants.**

---

# ORDER

---

The United States of America, having in part intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), I order as follows:

1. The relator's Complaint, ECF No. 1, the relator's Amended Complaint, ECF No. 9, the United States of America's Notice of Partial Intervention, ECF No. 37, and this Order shall be unsealed, ECF No. 38;

2. The United States of America shall file its Complaint within 45 days and thereafter serve it upon the defendants;

3. All other papers or orders on file in this matter shall remain under seal; and

4. The seal shall be lifted on all matters occurring in this action after the date of this Order.

**SO ORDERED** this 18th day of September, 2026.

STEPHEN C. DRIES
United States Magistrate Judge